# THE CHEROKEE NATION

*v.*

# HITCHCOCK, SECRETARY OF THE INTERIOR.

No. 1221.  Submitted May 20, 1902.  Decided May 21, 1902.

*Per Curiam:*

For the reasons stated in the opinion of this Court in the case of *Lone Wolf et al.* v. *Ethan A. Hitchcock et al.,* decided at the January Term, 1902 (19 App. D. C. 315), and upon the stipulation of the parties, filed in this cause, the order of the court below, from which the present appeal is taken, is                                                    *Affirmed.*

# SHAPPIRIO *v.* GOLDBERG.

EQUITY; LACHES; CONTRACTS, RESCISSION AND REFORMATION OF; FRAUD AND MISTAKE.

Where one in possession not only of his own lot, with its improvements but also of a small parcel of land containing a stable in the rear thereof, of which parcel he is not the owner but which is included within his own inclosure, enters into a contract to sell the lot of which he is the owner to an intending vendee, who thereupon directs the real estate broker negotiating the sale to have the deed prepared, and to attend to the whole matter of the transfer, and a deed is afterwards delivered in which the lot is correctly described, and the vendee, thinking that he has purchased all of the land inclosed, enters into possession and rents the property to the vendor, who thereupon purchases the stable lot from its owner and has it conveyed to his wife, a court of equity will not at the instance of the vendee rescind the contract of